No. 5431. TAYLOR v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5440. MARKEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5441. WHITE v. UNITED STATES;
No. 5445. CARLSON v. UNITED STATES;
No. 5446. HENDERSON v. UNITED STATES;
No. 5451. DIX v. UNITED STATES; and
No. 5639. DIEMERT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 423 F. 2d 431.

No. 5442. CARUSIELLO v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5444. GILPIN v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 5450. GODFREY v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir.

No. 5453. OVERMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5495. WOODMANSEE v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 5496. JORDAN v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 5498. BROWN v. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 5505. JACKSON v. ARIZONA. C. A. 9th Cir. Certiorari denied.